

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00054-CR

Horace Ray **HAMBY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2646
Honorable Raymond Angelini, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 17, 2019.

_____
Rebeca C. Martinez, Justice